

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00336-CV

CAMDEN HOLDINGS OF NC, LLC
AND CAMDEN HOLDINGS OF TN,
LLC

APPELLANTS

V.

RICCA CHEMICAL COMPANY, LLC
AND POCCO, LLC

APPELLEES

------------

FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 096-280020-15

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellants' Unopposed Motion To Dismiss Appeal."

It is the court's opinion that the motion should be granted; therefore, we dismiss

the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellants, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  MEIER, GABRIEL, and SUDDERTH, JJ.

DELIVERED:  November 25, 2015